IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Re: Appeal of Marple Newtown | : | |
| School District from the Determination | : | |
| of the Board of Assessment Appeals | : | |
| of Delaware County, Pennsylvania | : | |
| Regarding Date of Breach of | : | |
| Covenant Relating to the Properties | : | No. 506 C.D. 2018 |
| Located at the Intersection of | : | |
| Route 252 and Goshen Road, | : | |
| Newtown Township, County of | : | |
| Delaware, Pennsylvania Owned by | : | |
| Ashford Land Company, LP | : | |
| | : | |
| Appeal of: Ashford Land | : | |
| Company, LP | : | |

# **O R D E R**

NOW, June 5, 2019, having considered appellant's application for reargument, the application is denied.

 

 

MARY HANNAH LEAVITT,
President Judge